IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK KNOX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. PATTEL, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACT. NO. 2:18-cv-946-ECM<br>(WO) |

**MEMORANDUM OPINION and ORDER**

On June 15, 2020, the Magistrate Judge entered a Recommendation (doc. 46) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute this action and comply with the orders of this Court.

A separate Final Judgment will be entered.

Done this 20th day of July, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE